# Court of Appeals
# of the State of Georgia

ATLANTA,___March 31, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1441. CHRISTIAN MCCLENDON v. THE STATE.**

Christian McClendon pled guilty to robbery in May of 2007, and was sentenced to twelve years to serve three. In November 2014, the state filed a petition to revoke McClendon's probation. The trial court revoked McClendon's probation, and McClendon filed a pro se notice of appeal. We, however, lack jurisdiction.

Because the underlying subject matter of the appeal is the revocation of McClendon's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/31/2015_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*